**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
EMMANUEL GOVIA,

                Plaintiff,                    20 **CIVIL** 7048 (LJL)(KHP)

     -v-                                        **JUDGMENT**

ANDREW SAUL,
Commissioner of Social Security,
                        Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated February 26, 2021, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for the purpose of conducting further administrative proceedings.

**Dated:** New York, New York
            February 26, 2021

                                                                RUBY J. KRAJICK

                                                                   Clerk of Court
                                          BY:
                                                                   **Deputy Clerk**